746

■ RAYCARR SALES CORPORATION, Respondent-Appellant, v. HERMAN RYNVELD'S SON CORPORATION, Appellant-Respondent. HERMAN RYNVELD'S SON CORPORATION, Appellant-Respondent, v. RAYCARR SALES CORPORATION et al., Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Cox, Valente and Bergan, JJ. [See 1 A D 2d 952.]

■ ABRAHAM CRAWFORD, Plaintiff, v. BLITMAN CONSTRUCTION CORP., Defendant, and RICHARD LUMBER Co., INC., Respondent. BLITMAN CONSTRUCTION CORP., Third-Party Plaintiff, v. ZARRET CONSTRUCTION Co., INC., Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Cox and Valente, JJ. [See 1 A D 2d 398.]

■ CLEMENTINE WOLF et al., on Behalf of Themselves and Other Stockholders of 10 East 40th Street Building, Inc., Similarly Situated, Respondents, v. 10 EAST 40TH STREET BUILDING, INC., et al., Respondents, and MARY COUGHLIN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Frank, JJ. [See 1 A D 2d 1005.]

■ ROBERT DES MARAIS v. WILLIAM M. THOMAS.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin, Cox and Frank, JJ. [See 1 A D 2d 1002.]

■ In the Matter of ROBERT G. PETERS, an Attorney.— Motion for reinstatement granted. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of MIRIAM SCIMECA, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED PERRY.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

(July 6, 1956)

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLORENCE CAVALLUZZO and HUGO FRANCESE, Appellants.— Judgments unanimously affirmed. Even if we disregard the challenged testimony of Adela Miazga, there is ample evidence to sustain the indictment and the jury's verdict on the trial. We find no reversible error. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See ante, p. 665.]

■ In the Matter of the Appointment of a Guardian of the Person and Property of MARY E. ROWE, an Alleged Incompetent Person. MARY E. ROWE et al., Appellants; HYMAN CHIPKIN et al., Respondents.— Motion for resettlement granted. The resettlement is without prejudice to the right of the special guardian to make application for relief in the Surrogate's Court if so advised. Concur — Botein, J. P., Rabin, Cox and Frank, JJ. [See 1 A D 2d 884.]

■ SANDRA R. HEARST v. GEORGE R. HEARST.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.